UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| | Case No.: 07 B 04195 |
| Franklin Allen | |
| Kirsten Allen | Chapter: 13 |
| Debtor(s) | Judge Manuel Barbosa |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Glenn B. Stearns, Chapter 13 Trustee,  4343 Commerce Court, Suite 120, Lisle, IL 60532
Franklin Allen,  Kirsten Allen , Debtor(s), PO Box 181,  Elburn,  IL  60119
David Linde, Attorney for Debtor(s),  1444 N Farnsworth Ave Ste.113, Aurora, IL 60505

You are hereby notified that FREEDOM MORTGAGE CORPORATION BY LOANCARE SERVICING CENTER INC. has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to FREEDOM MORTGAGE CORPORATION BY LOANCARE SERVICING CENTER INC. for the contractual mortgage payment due 01/01/10.  Debtor owes for the 01/01/10 through 03/17/10 post-petition mortgage payments, with the 04/01/10 coming due, plus $32.93 in late charges and $1,410.32 in suspense. The current mortgage payment amount due each month is $1,532.87.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 06/11/2010, FREEDOM MORTGAGE CORPORATION BY LOANCARE SERVICING CENTER INC.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on May 12, 2010.

/s/ Jose Moreno
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490

Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-07-1771)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.